IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR SIERRA NEVADA CONSERVATION, ET AL., | CIV-S-02-0325 LKK/JFM |
| Plaintiffs, | |
| v. | |
| JOHN BERRY, Eldorado National Forest Supervisor, ET AL. | [PROPOSED] ORDER |
| Federal Defendants, | |
| FRIENDS OF THE RUBICON, et al. | Hon. Lawrence K. Karlton |
| Intervenor Defendants and Cross Claimants. | |

Presently pending before the Court is the determination of the appropriate remedy to enter to effectuate the Court's February 15, 2005 Order finding certain violations of the National Environmental Policy Act ("NEPA") in the implementation in the Eldorado National Forest ("ENF") of the 1990 Off-Highway Vehicle[1] ("OHV") Plan and the 1999 Rock Creek Recreational Trails Plan in the above-captioned case. The Court has received briefing on the issue from all parties and heard oral argument on May 9, 2005. Have considered the briefs and argument of all parties, it is this 13th day of JUNE, 2005, ORDERED:

  1)  That the United States Forest Service will withdraw the 1990 ENF OHV Plan promptly upon issuance of this Order, and on or before December 31, 2007 will issue a Final Environmental Impact Statement and Record of Decision on a new ENF OHV Plan (or site-specific area plans) to be consistent with regional guidelines for OHV route designation, with new national OHV regulations which the Forest Service expects will be promulgated later this year, and with the requirements of the National Environmental Policy Act and the National Forest Management Act;

---

[1] For the purpose of this Order "Off-Highway Vehicle" refers to wheeled, motorized vehicles such as motorcycles and all terrain vehicles, but does not refer to snow-mobiles

1  2)  That until new management direction is adopted, across the ENF (except in the Rock Creek Recreational Trails Area, where more specific direction is provided in paragraph 3 below) the Forest Service will restrict private party use of wheeled motor vehicles (excluding administrative use by the Forest Service or its agents, other permitted uses, or uses under valid pre-existing rights) to National Forest System roads open for public use, and National Forest System trails managed for OHV use and open for public use;

3)  That on or before October 31, 2006, the Forest Service will supplement the Rock Creek Recreation Trail Plan Environmental Impact Statement as specified by the Court in its Order of February 15, 2005. In the interim, the Forest Service will continue to follow the management direction in the Rock Creek Recreational Trails Plan Record Of Decision with regard to OHV use, operations, trail maintenance, trail closures, restoration, and recreation events, except that the Forest Service will delay implementation of new trail construction and reroutes until a supplement to the Rock Creek Recreational Trails Plan EIS is completed; and

4)  That on or before June 1, 2006, the Forest Service shall file with the Court and all parties a status report setting forth the progress it has made toward compliance with this Order.

6/13/05
Date

_United States District Judge_

Submitted by:

KELLY A. JOHNSON
Acting Assistant Attorney General
PAUL D. BARKER, JR.
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044
Telephone: (202) 305-0492

2