UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CENTER FOR SIERRA NEVADA
CONSERVATION, et al.,

        Plaintiffs,

    v.

JOHN BERRY, et al.,

        Defendants.

NO. CIV. S-02-325 LKK/JFM

O R D E R

AND RELATED CROSS-CLAIMS AND PARTIES
IN INTERVENTION.

    On February 15, 2005, plaintiffs were granted partial summary judgment on their claim that the United States Forest Service violated the National Environmental Policy Act in its implementation of the 1990 Off-Highway Vehicle Plan and the 1999 Rock Creek Recreational Trails Plan.  After a hearing on remedies and pursuant to this court's order, the federal defendants filed a proposed order regarding the appropriate remedies in this action.  That proposed order was adopted and

1

1  entered on June 14, 2005.  As indicated by the plaintiffs,
2  however, and upon further review of the hearing's transcript, it
3  appears that the other parties were granted a 30-day opportunity
4  to respond to the federal defendants' proposed order.
5      Accordingly, the June 14, 2005 Order is now VACATED.  The
6  plaintiffs and defendant-intervenors may file a response brief
7  to the proposed order no later than July 6, 2005, after which
8  the court will resume its consideration of the parties' papers
9  on the remedies.

11      IT IS SO ORDERED.
12      DATED:  June 15, 2005.

                                  _____
                                  MORRISON C. ENGLAND, JR
                                  UNITED STATES DISTRICT JUDGE
                                  for LAWRENCE K. KARLTON

2