UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CENTER FOR SIERRA NEVADA
CONSERVATION, et al.,

         NO. CIV. S-02-325 LKK/JFM

    Plaintiffs,

  v.

         O R D E R

JOHN BERRY, et al.,

    Defendants.
_____/

AND RELATED CROSS-CLAIMS AND PARTIES
IN INTERVENTION.
_____/

    The court's order on remedies, signed on August 16, 2005, is hereby AMENDED at 2:19 to add "[the] Clerk is directed to enter judgment accordingly."

    IT IS SO ORDERED.

    DATED: September 6, 2005.

                    /s/Lawrence K. Karlton
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT