UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CENTER FOR SIERRA NEVADA
CONSERVATION, et al.,

         Plaintiffs,

    v.

JOHN BERRY, et al.,

         Defendants.
_____/

AND RELATED CROSS-CLAIMS AND PARTIES
IN INTERVENTION.
_____/

NO. CIV. S-02-325 LKK/JFM

O R D E R

    Having considered the Stipulated Agreement and Proposed Order As To Attorneys' Fees, Costs, and Expenses submitted by Plaintiffs and the Federal Defendants in the above-captioned case, the Stipulated Agreement is hereby APPROVED.

    IT IS SO ORDERED.

    DATED: October 5, 2005.

                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT