| | |
|---|---|
| 1 | SUE ELLEN WOOLDRIDGE |
|   | Assistant Attorney General |
| 2 | PAUL D. BARKER, JR. |
|   | Trial Attorney |
| 3 | U.S. Department of Justice |
|   | Environment and Natural Resources Division |
| 4 | P.O. Box 663 |
|   | Washington, D.C. 20044 |
| 5 | Telephone: (202) 305-0492 |
| 6 | MCGREGOR W. SCOTT |
|   | United States Attorney |
| 7 | EDMUND F. BRENNAN |
|   | Assistant U.S. Attorney |
| 8 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA 95814 |
| 9 | Telephone: (916) 554-2766 |
| 10 | Attorneys for Federal Defendants |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR SIERRA NEVADA CONSERVATION, ET AL., | ) CIV-S-02-0325 LKK/JFM |
| Plaintiffs, | ) |
| v. | ) **FEDERAL DEFENDANTS'** |
|  | ) **AND CROSS CLAIMANTS'** |
| JOHN BERRY, Eldorado National Forest Supervisor, ET AL. | ) **STIPULATED AGREEMENT** |
|  | ) **AND] ORDER AS** |
| Federal Defendants, | ) **TO ATTORNEYS' FEES,** |
| FRIENDS OF THE RUBICON, et al. | ) **COSTS, AND EXPENSES** |
| Intervenor Defendants and Cross Claimants. | ) Hon. Lawrence K. Karlton |

The Federal Defendants and the Intervenor Defendants/Cross Claimants ("Cross Claimants") do hereby stipulate and agree as follows:

1. Federal Defendants will pay Cross Claimants twenty-thousand dollars ($20,000) in full settlement of Cross Claimants' claim for attorneys' fees, costs and expenses incurred in the above captioned matter through and including the date this Stipulation is approved by the Court. Payment shall be made within sixty (60) days of the date this Stipulation is approved by the

1 Court.  Upon receipt of payment, Cross Claimants shall have no further recourse against the
2 Federal Defendants, or any of them, for any additional payment of attorneys' fees, costs or other
3 expenses incurred in the above-referenced action through the date this Stipulation is approved by
4 the Court.

5     2. This Stipulation is the result of compromise and settlement, is based on and limited
6 solely to the facts involved in this case, and shall not be construed as an admission of liability by
7 Federal Defendants, nor shall the settlement be cited in any other litigation except as necessary to
8 enforce the terms of this Stipulation.  Federal Defendants do not waive any defenses they may
9 have concerning the claims settled under this Agreement.  Nothing in this Stipulation shall be
10 interpreted as, or shall constitute, a commitment or requirement that Federal Defendants obligate
11 or pay funds, or take any other action in contravention of the Anti-Deficiency Act, 31 U.S.C. §
12 1341, or any other applicable appropriations law.

13     3. Nothing in this Stipulation shall be construed as an admission that the position of the
14 Federal Defendants in this litigation was not substantially justified.

15     4. This Stipulation represents the entirety of the commitments between the Cross
16 Claimants and the Federal Defendants with regard to settlement.  The terms of this agreement
17 shall become effective upon approval by the Court of this Stipulation.

18     5. The undersigned representatives of Cross Claimants and Federal Defendants hereby
19 certify that they are fully authorized by the parties they represent to enter into and execute this
20 Stipulation, and to agree to the Court's entry of the terms and conditions of this Stipulation, and
21 that in such capacity they do hereby agree to the terms hereof.

Respectfully submitted,

DATED: December 5, 2005        SUE ELLEN WOOLRIDGE
                               Assistant Attorney General

                                /s/ Paul D. Barker, Jr.
                               PAUL D. BARKER, JR.
                               Trial Attorney
                               U.S. Department of Justice
                               Environment and Natural Resources Division
                               P.O. Box 663

1  
2   Washington, D.C. 20044
(202) 305-0492

3   MCGREGOR W. SCOTT
United States Attorney
EDMUND F. BRENNAN
4   Assistant U.S. Attorney
501 I Street, Suite 10-100
5   Sacramento, CA 95814
(916) 554-2766
6  
*Attorneys for Federal Defendants*
7  
8   DATED: December 5, 2005      /s/ Paul A. Turcke
Paul A. Turcke
9   Moore Smith Buxton & Turcke, Chartered
225 North 9th Street, Suite 420
10  Boise, Idaho 83702
(208) 331-1800
11  
*Attorney for Intervenor Defendants/Cross Claimants*
12  
13  
14  
APPROVED AND SO ORDERED.
15  
Dated: December 13, 2005.
16  
   /s/Lawrence K. Karlton
17  LAWRENCE K. KARLTON
SENIOR JUDGE
18  UNITED STATES DISTRICT COURT
19  
20  
21  
22  
23  
24  
25  
26  
27  
28