RONALD J. TENPAS
Acting Assistant Attorney General
CYNTHIA S. HUBER
Assistant Section Chief
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044
Telephone: (202) 514-5273
cynthia.huber@usdoj.gov

MCGREGOR W. SCOTT
United States Attorney
DAVID SHELLEDY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2766

Attorneys for Federal Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR SIERRA NEVADA CONSERVATION, ET AL., | CIV-S-02-0325 LKK/JFM |
| Plaintiffs, | **STIPULATION TO EXTEND COMPLIANCE DATE; ORDER** |
| v. | |
| JOHN BERRY, Eldorado National Forest Supervisor, ET AL., | |
| Federal Defendants; and | Hon. Lawrence K. Karlton |
| FRIENDS OF THE RUBICON, et al., | |
| Intervenor Defendants and Cross Claimants. | |

Pursuant to this Court's August 16, 2005 Order, the Forest Service is required to issue a Final Environmental Impact Statement and Record of Decision on a new Eldorado National Forest OHV Plan by December 31, 2007. Federal Defendants represent that consistent with the Court's Order, the Forest rescinded the 1990 Eldorado National Forest OHV Plan and has undertaken a National Environmental Policy Act ("NEPA") process for a new OHV Plan. The Draft Environmental Impact Statement ("DEIS") to evaluate a new

1  OHV Plan was released on July 20, 2007. 72 Fed. Reg 39808. The public comment period
2  for the DEIS is currently scheduled to close on September 4, 2007. Under the current
3  schedule, Federal Defendants will meet the Court's December 31, 2007 compliance deadline.

5  The Forest Service has had numerous requests to extend the comment period,
6  including requests from members of certain Defendant Intervenors. In response to these
7  requests, the Forest Service has considered extending the comment period for the DEIS for
8  an additional forty-five (45) days to Friday, October 19, 2007. Federal Defendants represent
9  that if the comment period is extended as stated above, then they will not be able to
10 complete the NEPA process and issue a Record of Decision by December 31, 2007.

11 The Plaintiffs and Federal Defendants agree that extending the comment period for
12 forty-five (45) days will facilitate additional public participation in the NEPA process,
13 provided, however, that no party or signatory hereto waives any claims challenging the
14 substance of or procedures creating the final OHV Plan or any defenses to such claims.
15 Accordingly, the undersigned parties do hereby stipulate, and with the concurrence and
16 support of Plaintiffs, Federal Defendants do hereby request leave of the Court to extend the
17 compliance date from December 31, 2007 to and including April 2, 2008.

18 Federal Defendants and Plaintiffs consulted with counsel for Defendant Intervenors
19 in connection with this stipulation. Defendant Intervenors have declined to join this
20 stipulation. Counsel for Defendant Intervenors have authorized Federal Defendants and
21 Plaintiffs to represent that Defendant Intervenors take no position either in support of or
22 opposition to the requested extension.

24 DATED this 23rd day of August, 2007.        Respectfully Submitted,

25                                             RONALD TENPAS
                                               Acting Assistant Attorney General

27                                             /s/ Cynthia S. Huber
                                               CYNTHIA S. HUBER
                                               Assistant Section Chief
28                                             U.S. Department of Justice

Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044
Telephone: (202) 514-5273

MCGREGOR W. SCOTT
United States Attorney
DAVID SHELLEDY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2766

Attorneys for Federal Defendants

/s/ Keith G. Wagner (as authorized on 8/23/07)
J. WILLIAM YEATES
KEITH G. WAGNER
3400 Cottage Way
Suite K
Sacramento, CA 95827
Telephone: (916) 609-5000

RONNI M. FLANNERY
27075 Nine Mile Road
Huson, MT 59846
Telephone: (406) 626-5636

Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 24, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 2 -